Tom Crow v. The State. ·

No. 8361.   Decided May 14, 1924.

Felony Theft—Statement of Facts—Bills of Exception.

Where the record showed four special charges all marked refused, but there is no notation upon any of them of the fact of any exception being taken to their refusal, they cannot be considered on appeal; besides, there is no statement of facts or bill of exceptions, and the judgment must be affirmed.

Appeal from the District Court of Kendall.   Tried below before the Honorable R. H. Burney.

Appeal from a conviction of felony theft; penalty, ten years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard*, Attorney for the State and *Grover C. Morris*, Assistant Attorney for the State.

LATTIMORE, Judge.—Appellant was convicted in the District Court of Kendall County of theft of property of the value of more than fifty dollars and his punishment fixed at ten years in the penitentiary.

The record is before us without a statement of facts or bills of exception. There are four special charges in the record, all marked refused, but there is no notation upon any of them of the fact of any exception being taken to their refusal; nor could any of them be held to present error if considered because of the lack of a statement of facts.

No error appearing in the record, an affirmance will be ordered.

· *Affirmed.*